1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JAIRO VILLA-GARCIA

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR-S-06-182 EJG
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER
13      v.                          )
                                    )
14 JAIRO VILLA-GARCIA,              ) Date: June 30, 2006
                                    ) Time: 10:00 A.M.
15                                  )
                                    ) Judge: Hon. Edward J. Garcia
16              Defendant.          )
   _____    )
17

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, MICHAEL BECKWITH, Assistant United States
20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant, that the current status date of June
22 16, 2006 be vacated and a new date of June 30, 2006 be set for status.
23      The parties are awaiting a pre-plea advisory sentencing guideline
24 report from United States Probation in this illegal reentry case.  Once
25 that report is received, the defense will be discussing a plea offer
26 with the government and will need time to discuss the offer with the
27 defendant.  The defendant will need time to consider his options.
28      It is stipulated and agreed between the parties that the period

1  beginning June 16, 2006 to June 30, 2006 should be excluded in
2  computing the time within which the trial of the above criminal
3  prosecution must commence for purposes of the Speedy Trial Act for
4  defense preparation.  All parties stipulate and agree that this is an
5  appropriate exclusion of time within the meaning of Title 18, United
6  States Code, Section 3161(h)(8)(iv) (Local Code T4).
7  Dated: June 12, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JAIRO VILLA-GARCIA


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  June 12, 2006
                                        /s/ MICHAEL BECKWITH
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney



                                **********

                                   **ORDER**

    **IT IS SO ORDERED.**

DATED:   June 12, 2006
                                        /s/ Edward J.  Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        District Court Judge

2