```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JAIRO VILLA-GARCIA

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-182 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JAIRO VILLA-GARCIA, | ) Date: July 7, 2006 |
| | ) Time: 10:00 A.M. |
| | ) |
| | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current status date of June 30, 2006 be vacated and a new date of July 7, 2006 be set for status.

    The parties recently received a pre-plea report from United States probation.  The defense needs time to review the report with the defendant and the defendant will need time to consider his options.

    It is stipulated and agreed between the parties that the period beginning June 30, 2006 to July 7, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must

commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: June 29, 2006

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/NED SMOCK
                                          NED SMOCK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JAIRO VILLA-GARCIA

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated:  June 29, 2006
                                          /s/ MICHAEL BECKWITH
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney

                              **\*\*\*\*\*\*\*\*\*\***

**ORDER**

**IT IS SO ORDERED.**

DATED: June 29, 2006

                                          /s/ Edward J. Garcia
                                          HONORABLE EDWARD J. GARCIA
                                          District Court Judge